IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHARON SWINDLE**                                                                 **PLAINTIFF**

v.                              No. 3:22-cv-289-DPM

**EVAN BUNCH, Police Officer
(Badge #305), Parkin Police
Department and CHRIS PIERCE,
Sheriff Deputy (Badge #217),
Wynne County Sheriff Office**                                                      **DEFENDANTS**

### ORDER

**1.** Swindle hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. She must do one or the other by 9 December 2022. If she doesn't, then her case will be dismissed without prejudice. LOCAL RULE 5.5(2).

**2.** The Court directs the Clerk to mail Swindle an application to proceed *in forma pauperis*. If the Court grants her permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Swindle will have to pay the $350 filing fee in monthly installments taken from her prisoner account. 28 U.S.C. § 1915(b).

-2-

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2022