IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHARON SWINDLE**  PLAINTIFF

v.  No. 3:22-cv-289-DPM

**EVAN BUNCH, Police Officer
(Badge #305), Parkin Police
Department and CHRIS PIERCE,
Sheriff Deputy (Badge #217),
Wynne County Sheriff Office**  DEFENDANTS

### ORDER

Swindle hasn't amended her complaint as directed; and the time to do so has passed. *Doc. 5.* Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 February 2023