IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHARON SWINDLE                                                                PLAINTIFF

v.                                   No. 3:22-cv-289-DPM

EVAN BUNCH, Police Officer
(Badge #305), Parkin Police
Department and CHRIS PIERCE,
Sheriff Deputy (Badge #217),
Wynne County Sheriff Office                                                  DEFENDANTS

## JUDGMENT

Swindle's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2023